UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

HILTON, JANET E.   CASE NO. 13-01708-MAM

   Debtor(s).   Chapter 7

## TRUSTEE'S REPORT OF DIVIDENDS

CLAIM CATEGORY: Administrative          PERCENT OF DIVIDEND: 100.0000000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| | Terrie S. Owens | $ 1,252.90 | $ 1,252.90 |
| | Terrie S. Owens | $ 69.40 | $ 69.40 |
| | | $ 1,322.30 | $ 1,322.30 |

CLAIM CATEGORY: Priority          PERCENT OF DIVIDEND: 100.0000000

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| 000002 | INTERNAL REVENUE SERVICE | $ 1,604.08 | $ 1,604.08 |
| | | $ 1,604.08 | $ 1,604.08 |

CLAIM CATEGORY: Unsecured          PERCENT OF DIVIDEND: 12.9735910

| CLAIM NO. | CREDITOR | AMOUNT OF CLAIM | CALCULATED DIVIDEND TO PAY CREDITOR |
|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,167.04 | $ 1,167.04 |
| 6 | FRITZ ANF HILL, LLC F/K/A | $ 13,999.00 | $ 800.54 |

$   15,166.04     $    1,967.58

Date: September 1, 2015

_____
Terrie S. Owens, Trustee

REVIEWED BY
U. S. BANKRUPTCY ADMINISTRATOR'S OFFICE

_____
DATE: September 1, 2015